AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
FEB 17 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:12cr104HSO-JMR-001 |
| BRANDON KYLE STEVENS ) | |
| ) | USM No: 16885-043 |
| Date of Original Judgment: 05/23/2013 ) | |
| Date of Previous Amended Judgment: 09/09/2014 ) | Mike Scott |
| (Use Date of Last Amended Judgment if Any) | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  137  months **is reduced to**  110 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/09/2014  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  2/17/2016

Effective Date:  2/17/2016
*(if different from order date)*

_____
Judge's signature

The Honorable Halil S. Ozerden, U.S. District Court Judge
Printed name and title